IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| DEANDRE SMITH et al, | * |
| | * Case No. CCB 16-0235 |
| Defendant | * |

\* \* \* \* \*

## MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America, by its attorneys, Stephen M. Schenning, United States Attorney for the District of Maryland, and Daniel C. Gardner, Assistant United States Attorney for said District, moves this Honorable Court for an Order to unseal the 2nd Superseding Indictment in the above captioned case number.

**WHEREFORE**, the government requests that the Court issue an Order to unseal the 2nd Superseding Indictment in the above captioned case.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By: _____
Daniel C. Gardner
Assistant United States Attorney

**ORDERED** this ___7___ day of July, 2017.

_____
J. Mark Coulson
Magistrate Judge, U.S. District Court